IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK L. ROPEL,

      Plaintiff,

vs.                                                 Civil No. 07-1166 JH/RHS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge ("PFRD"), filed February 10, 2009 **[Doc. No. 18]**.  No objections to the PFRD have been filed.  The Court, having reviewed the same, will adopt the Magistrate Judge's proposed findings and recommended disposition.

**WHEREFORE**,

**IT IS ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand for a Rehearing, with Supporting Memorandum **[Doc. No. 14]** is **granted** and this cause is **remanded** to the Commissioner for additional proceedings, to include: (1) adequate development of the record, (2) a re-assessment of Plaintiff's RFC, and (3) further proceedings as necessary, based on the receipt of additional evidence and a re-assessment of Plaintiff's RFC.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE